# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

DAVID B. HUNT,

      Plaintiff,

v.

      Case No. 05-74399
      Hon. Gerald E. Rosen
      Magistrate Judge Donald A. Scheer

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.
_____/

# ORDER ADOPTING
# MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

      At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on     March 30, 2007

      PRESENT:  Honorable Gerald E. Rosen
                         United States District Judge

    On May 30, 2006, Magistrate Judge Donald A. Scheer issued a Report and Recommendation ("R & R") recommending that the Court grant the Defendant Commissioner of Social Security's motion for summary judgment and deny Plaintiff David B. Hunt's motion for summary judgment. Plaintiff has not filed any objections to the R & R. Upon reviewing the R & R, the parties' motions, and the record as a whole, the Court concurs in the analysis of the Magistrate Judge, and adopts the R & R in its entirety.

      Accordingly,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's May 30, 2006 Report and Recommendation is ADOPTED as the opinion of this Court. IT IS FURTHER ORDERED that, for the reasons stated in the R & R, Defendant's motion for summary judgment is GRANTED and Plaintiff's motion for summary judgment is DENIED.

                               s/Gerald E. Rosen
                               Gerald E. Rosen
                               United States District Judge

Dated: March 30, 2007

I hereby certify that a copy of the foregoing document was served upon counsel of record on March 30, 2007, by electronic and/or ordinary mail.

                               s/LaShawn R. Saulsberry
                               Case Manager